### JACKSON, agent, vs. DICKSON, agent.

A husband against whom a proceeding has been instituted as an intruder, under §4072 of the Code, may make and tender to the sheriff a counter-affidavit that he is in possession in right of his wife, and as her agent, so as to make an issue for trial of that right of possession.

Judgment reversed.

April 15, ·884.

JACKSON, Chief Justice.

[A. J. Dickson, as attorney in fact for his wife, Fannie Dickson, sued out a warrant to dispossess Robert Jackson, as an intruder on certain land. Jackson filed a counter-affidavit, to the effect that, as agent for his wife, Ellen Jackson, he claimed, in good faith, the right of possession. The court held this insufficient, and dismissed the counter-affidavit. Defendant excepted.]